Daniel J. Roach, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and orders affirmed, with costs. All concurred, except Williams, J., who dissented.

Eureka Sanitary Pipe and Faucet Company, Appellant, v. Frank L. Palmer, Respondent.— Judgment and order affirmed, with costs. All concurred.

Catharine Loeschauer, as Administratrix, etc., of Charles Loeschauer, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that there is no evidence tending to show that the absence of the rail which is the charge of negligence against the defendant in any way contributed to the accident.

Louise C. Knorr, as Administratrix, etc., of Herman Knorr, Deceased, Appellant, v. William Simon, Respondent.— Judgment affirmed, with costs. All concurred.

Hiram E. Wanamaker, Respondent, v. The Butler Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Joseph Reed, Appellant, v. William Grimes, Respondent.— Judgment affirmed, with costs. All concurred.

John A. Terhaar, Respondent, v. Philip Setel, Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. John Haag and Others, Appellants, v. The Town of Gates, in the County of Monroe and State of New York, and the Town Board of Said Town, Respondents.— Order affirmed, with costs. All concurred.

Daniel Wile, Respondent, v. The Pullman Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ellen Callanane, as Administratrix, etc., of John J. Calanane, Deceased, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of Antonino Gugino and Natale Gugino, Appellants, for Writ of Mandamus against The Buffalo Natural Gas Fuel Company, Respondent.— Order affirmed, with costs. All concurred.

Anna Gehres, Individually and as Devisee under the Last Will and Testament of Joseph Gehres, Deceased, and Magdalena Voisard, Respondents, v. Charles Ensminger and Andrew Spiess, Appellants, and Edward T. Voisard, Copartners, Doing Business under the Name and Style of Frontier Ice and Stone Company, and Fillmore Ice Company, Appellaut.— Order affirmed, with ten dollars costs and disbursements. All concurred.